WILHELMINA MARCUS, Respondent, v. ACRA TAXICAB CO., INC., et al., Appellants, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

WEST 72ND STREET REALTY CORP., Appellant, v. YESHIVA CHOFETZ CHAIM OF RADUN RABBINICAL INSTITUTE, INC., Respondent.— Order unanimously modified by reversing that part thereof which dismisses the complaint upon the merits and severs defendant's counterclaim.· Plaintiff is granted leave to amend its complaint to plead a cause of action for damages. Judgment unanimously reversed and the order, as so modified, affirmed, without costs. Settle order on notice. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ. [205 Misc. 124.] [See 285 App. Div. 806.]

ROSE ZIMMER, · et al., Respondents, v. 40 EXCHANGE PLACE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

DOROTHY REYNOLDS, Appellant, v. COLLIER PLATT et al., as Executors of MARY T. BRADLEY, Deceased Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.

HENRY H. HARJES, Appellant, v. TAUNI DE L. HARJES, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

ELSIE WINTERSTEIN, Appellant, v. ELSIE MAUNTNER et al., Respondents, et al., Defendants.— The plaintiff appeals from that part of an order denying her motion to vacate or modify the defendants' demand for a bill of particulars. It appears that the defendants are entitled to a bill of particulars but plaintiff objects to the demand upon the ground it casts an unreasonable burden upon her to comply therewith. The demand consists of fifty-nine separately numbered paragraphs containing over two hundred items. We recognize that the complaint is lengthy but this does not justify the meticulous and unnecessarily repetitious demand served herein. We have heretofore held that such a demand should be denied in its entirety as it constitutes an abuse of the right to a bill of particulars. (*Universal Metal Products Co.*, v. *De-Mornay Budd*, 275 App. Div. 575; *Mutual Life Ins. Co.* v. *Tailored Woman*, 275 App. Div. 798; *American Mint Corp.* v. *Ex-Lax*, 260 App. Div. 576.) Order unanimously reversed and the demand vacated in its entirety, with $20 costs and disbursements to the appellant, with leave to the defendants to serve a demand for a suitable bill of particulars. Present — Dore, J. P., Callahan, Bastow, Botein and Bergan, JJ.